BENJAMIN J. FOX (SBN 193374)
MATTHEW J. WYATT (SBN 343074)
REGINA M. CAMPBELL (SBN 355919)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA  90017-3543
Telephone:  213.892.5200
Facsimile:  213.892.5454
bfox@mofo.com; mwyatt@mofo.com
rcampbell@mofo.com

Attorneys for Defendants
TOP INNOVATIONS LLC and
TOP INNOVATIONS US, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW LEAF PUBLISHING, INC., | Case No. 2:24-cv-4676-MEMF-SSCx |
| Plaintiff, | **DEFENDANTS'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| v. | Date:     September 11, 2025 |
| TOP INNOVATIONS LLC; TOP INNOVATIONS US, LLC, | Time:    10:00 a.m. |
| Defendants. | Dept.:    Courtroom 8B |
| | Action Filed:   June 4, 2024 |
| | SAC Filed:      February 21, 2025 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 11, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Maame Ewusi-Mensah Frimpong of the United States District Court for the Central District of California (Courtroom 8B), located at 350 West First Street, Los Angeles, CA, 90012, defendants Top Innovations LLC and Top Innovations US, LLC will and hereby do move pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment on New Leaf Publishing, Inc.'s ("NLP's") Second Amended Complaint.

The grounds for this motion include that the undisputed facts show that NLP does not own copyrights to the films at issue.

This Motion is based on (i) this Notice of Motion and Motion, (ii) the accompanying Joint Memorandum of Points and Authorities, Joint Statement of Uncontroverted Facts and Conclusions of Law, Joint Appendix of Evidence, and Declaration of Matthew J. Wyatt in support thereof, and (iii) such other matters and any further argument or evidence presented before or in connection with the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 and Section IX.D of the Court's Standing Order on June 10, 2025.

Dated: July 31, 2025

MORRISON & FOERSTER LLP

By: */s/ Matthew J. Wyatt*
        Matthew J. Wyatt

*Attorney for Defendants*
TOP INNOVATIONS LLC and
TOP INNOVATIONS US, LLC

MOFO-6767718